■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL POWELL, Appellant. [877 NYS2d 228]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about May 8, 2008, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Sweeny, Catterson, Renwick and Freedman, JJ.